**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Reshad Harris LEWIS, aka Rashad Harris Lewis, Defendant— Appellant.**

No. 03–10495.

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 19, 2004.

Michael T. Morrissey, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Marc J. Victor, Esq., Victor & Hall, PLC, Mesa, AZ, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM** \*\*

Reshad Harris Lewis appeals his guilty-plea conviction and sentence of 12 months and 1 day for making false statements with regard to firearm transactions and aiding and abetting in violation of 18 U.S.C. §§ 2 and 924(a)(1)(A) and (2). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Lewis has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.